IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. CHAVEZ,<br><br>            Petitioner,<br><br>      vs.<br><br>G.J. GUIRBINO,<br><br>            Respondent. | No. CV-F-04-5212 REC/LJO HC<br><br>ORDER DIRECTING CLERK OF<br>COURT TO CORRECT<br>PETITIONER'S ADDRESS ON<br>DOCKET AND TO RE-SERVE<br>FINDINGS AND RECOMMENDATION<br>(Doc. 15) |

On September 15, 2005, petitioner filed a notice of change of address, indicating in pertinent part that his prisoner identification number "61044-097". However, when petitioner's address was changed on the docket, his identification number was entered as "61077-097". On March 6, 2006, the United States Magistrate Judge issued findings and recommendations, recommending that the petition for writ of habeas corpus be denied and advising that objections to the recommendation be filed within 30 days of service of the findings and recommendation. The Clerk served the findings and recommendation

1

on petitioner, using as his identification number "61077-097". Consequently, the mail was returned by the institution on the ground that the petitioner's name and identification number did not match.

ACCORDINGLY:

1. The Clerk of the Court is directed to correct the petitioner's address for service on the docket to reflect petitioner's identification number as "61044-097".

2. The Clerk of the Court is directed to serve a copy of this Order and a copy of the findings and recommendation on petitioner based on the corrected address.

IT IS SO ORDERED.

**Dated:  April 27, 2006**                /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE