1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   JUAN A. CHAVEZ,                      )        1:04-CV-05212-REC-LJO-HC
                                          )
11        Petitioner,                     )
                                          )        ORDER GRANTING EXTENSION OF
12      v.                                )        TIME TO FILE OBJECTIONS
                                          )        (DOCUMENT #19)
13   G. J. GUIRBINO,                      )
                                          )
14        Respondent.                     )
   _____)
15

16        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

17   § 2254.  On May 15, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's

18   findings and recommendation of March 6, 2006.  Good cause having been presented to the court and

19   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20        Petitioner is granted thirty days from the date of service of this order in which to file objections

21   to the Magistrate's findings and recommendation.

22   IT IS SO ORDERED.

23   **Dated:    June 14, 2006**              **/s/ Lawrence J. O'Neill**
     23ehd0                                   UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28