UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN A. CHAVEZ, | ) | 1:04-CV-05212 AWI LJO HC |
| | ) | |
|       Petitioner, | ) | |
| | ) | ORDER GRANTING FINAL EXTENSION |
|    v. | ) | OF TIME |
| | ) | |
| G. J. GUIRBINO, | ) | [Doc. #23] |
| | ) | |
|       Respondent. | ) | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On March 6, 2006, the undersigned issued a Findings and Recommendation which recommended the petition be denied. The order was returned by the U.S. Postal Service on March 14, 2006, and undeliverable. On April 27, 2006, the District Court directed the Clerk of Court to correct the Petitioner's identification number and re-serve Petitioner with the Findings and Recommendation. On the same date, the Findings and Recommendation were re-served on Petitioner. Petitioner filed a motion for extension of time on May 15, 2006. On June 14, 2006, the undersigned issued an order granting an extension of time until July 18, 2006. On July 19, 2006, Petitioner filed the instant motion for a second extension of time.

      Petitioner states he needs additional time to file his objections, because the U.S. Marshal lost his legal paperwork during transit. Accordingly, good cause having been presented to the Court and

good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order. However, because the Findings and Recommendation will have been pending for over four months, Petitioner is advised that this will be the final extension of time granted before the Findings and Recommendation is submitted to the District Court.

IT IS SO ORDERED.

**Dated:   August 10, 2006**            /s/ Lawrence J. O'Neill
23ehd0                                   UNITED STATES MAGISTRATE JUDGE